NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DAVID TREJO-LOZANO,          )
                                        )
          Appellant,         )
                                        )
v.                            )          Case No. 2D15-3513
                                        )
STATE OF FLORIDA,            )
                                        )
          Appellee.          )
_____)

Opinion filed March 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Edward Nicholas, Judge.

David Trejo Lozano, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Kiersten E. Jensen,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


KELLY, LUCAS, and BADALAMENTI, JJ., Concur.